**UNITED STATES of America, Plaintiff–Appellee**

v.

**Montrelle JOHNSON, also known as Trellie Mae, Defendant–Appellant.**

**No. 08–2411.**

United States Court of Appeals, Seventh Circuit.

April 12, 2010.

Michelle L. Jacobs, Office of the United States Attorney, Milwaukee, WI, for Plaintiff–Appellee.

Victor E. Plantinga, Rose & Dejong, Brookfield, WI, for Defendant–Appellant.

Before: MICHAEL S. KANNE, Circuit Judge, ILANA DIAMOND ROVNER, Circuit Judge, and DIANE P. WOOD, Circuit Judge.

### FINAL JUDGMENT

The appeal is **DISMISSED** in accordance with the decision of this court entered on this date.